IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy: Deborah Hansen       Date:  February 4, 2015
Court Reporter:  Gwen Daniel           Interpreter: Ellen Klaver
Probation: Nicole Peterson             Time: 36 minutes

_____

Criminal Action No. 14-cr-00244-WJM       _Counsel:_

UNITED STATES OF AMERICA,                 David Tonini

     Plaintiff,

v.

2. OSVALDO BLANCO SANTANA,                 Michael Lindsey

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

02:36 p.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the Interpreter.

Oath administered to the defendant.

Sentencing Statement by Mr. Tonini

An agreement was reached between the Government, Defendant 2. Osvaldo Blanco Santana and Defendant 1. Randy Almeida Martinez earlier today regarding Restitution.

Sentencing Statement by Mr. Lindsey

Argument/Discussion

**ORDERED:** **There being no objection to the motion, the Government's Motion to Dismiss Counts 3 and 5 of the Indictment for Defendant Osvaldo Blanco Santana [83] is GRANTED.  Counts 3 and 5 of the Indictment are dismissed as to Osvaldo Blanco Santana only.**

**ORDERED:** **The Government's Motion to Grant the Defendant Blanco Santana An Additional One-Level Decrease Pursuant to U.S.S.G § 3E1.1(b) [85] is is GRANTED.**

The Court addresses Doc No. 106, The Unopposed and Joint Motion for a Non-Guidelines Sentence

Argument/Discussion

**ORDERED:** **The Unopposed and Joint Motion for a Non-Guidelines Sentence [106] is GRANTED.**

Defendant's Allocution

> Defendant plead guilty to Count 1 of the Indictment and admitted to the forfeiture allegation on October 15, 2014.

**ORDERED:** **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Osvaldo Blanco Santana, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of five months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of three years.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another**

federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.

The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance.  The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

ORDERED: Special Conditions of Supervised Release:

1. If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within 72 hours of his return to this country.

2. The defendant shall pay the Restitution amount in accordance with the Schedule of Payments Sheet set forth in the Judgment.

3. All employment for the defendant shall be approved in advance by the supervising probation officer.

4. The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

ORDERED: Restitution shall be paid as follows:

| Victims: | Amount: |
|---|---|
| BMO Harris Bank<br>180 N. Executive Dr.<br>Brookfield, WI 53005 | $14,861.31 |

| | |
|---|---|
| **Shell Service Station** | 138.69 |
| **5350 Wadsworth Bypass** | |
| **Arvada, CO 80002** | |
| | |
| **Westar Bank** | 1,000.00 |
| **500 N Mesa** | |
| **El Paso, TX 79901** | |
| | |
| **Total:** | **$16,000.00** |

**ORDERED:  Restitution shall be paid jointly and severally with Defendant 1. Randy Almeida Martinez.**

**ORDERED:  Interest on the Restitution is waived.**

**ORDERED:  The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:  The Special Assessment and Restitution obligations are due immediately.  Any Special Assessment and Restitution unpaid 30 days after entry of judgment will be paid in monthly installment payments of not less than 10 percent of the defendant's gross household monthly income.**

**Within 60 days of entry of judgment the defendant shall meet with the probation officer to develop a plan for the  payment of the unpaid portion of his financial obligations under the Court's judgment. This plan will be based upon the defendant's income and expenses.  The plan will be forwarded to the Court for review and approval.**

**ORDERED:  Defendant has no ability to pay a fine, and the fine is waived.**

**ORDERED:  Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the Forfeiture Allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

Discussion

The Government does not object to voluntary surrender.

Court's comments

The Court finds by clear and convincing evidence that the defendant is not likely to

flee or pose a danger to the safety of any other person or the community.  It is

      **THEREFORE ORDERED that Defendant Osvaldo Blanco Santana surrender at the institution designated by the Bureau of Prisons on March 11, 2015 at 12:00 noon.**

      **In the interim the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

03:12 p.m.    Court in Recess
               Hearing concluded.